(86 South. 926)

Ex parte HORTON. (8 Div. 208.) (Supreme Court of Alabama. Jan. 15, 1920. Rehearing Denied Feb. 5, 1920.) Certiorari to the Court of Appeals. Tennis Tidwell, of Albany, for appellant. J. Q. Smith, Atty. Gen., for appellee.

SOMERVILLE, J. Petition of Ada Horton for certiorari to the Court of Appeals to review and revise the judgment of said court rendered in the appeal of Ada Horton v. State of Alabama, 86 South. 241. Writ denied.

(85 South. 922)

HUGHES v. SHARP. (6 Div. 978.) (Supreme Court of Alabama. April 6, 1920.) Appeal from Probate Court, Jefferson County; J. P. Stiles, Judge. Robert E. Smith, of Birmingham, for appellant. N. L. Steele and White Gibson, both of Birmingham, for appellee.

PER CURIAM. Affirmed on motion of appellee. See, also, 201 Ala. 208, 77 South. 734; 202 Ala. 509, 80 South. 797; 202 Ala. 510, 80 South. 798.

(85 South. 922)

HUGHES v. STATE. (7 Div. 34.) (Supreme Court of Alabama. June 3, 1920.) Appeal from Circuit Court, Etowah County; W. J. Martin, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Affirmed on certificate.

(85 South. 922)

Ex parte LAMAR et al. (6 Div. 76.) (Supreme Court of Alabama. May 20, 1920.) Certiorari to Court of Appeals. Ivey F. Lewis, of Birmingham, and Reese & Reese, of Selma, for appellant. W. T. Stewart and W. K. Terry, both of Birmingham, for appellee.

PER CURIAM. Petition of L. & E. Lamar for certiorari to the Court of Appeals to review and revise the judgment and opinion of that court rendered in the appeal of A. C. Deshazo v. L. & E. Lamar, 85 South. 586. Writ denied.

(85 South. 922)

LEHIGH COAL CO. v. REID. (6 Div. 19.) (Supreme Court of Alabama. April 20, 1920.) Appeal from Circuit Court, Blount County; O. A. Steele, Judge. Russell & Johnson, of Oneonta, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(85 South. 922)

LYONS v. PEGUES et al. (2 Div. 702.) (Supreme Court of Alabama. Jan. 29, 1920.) Appeal from Circuit Court, Dallas County; B. M. Miller, Judge. Craig & Craig, of Selma, for appellant. Pettus, Fuller & Lapsley, of Selma, for appellees.

PER CURIAM. Appeal dismissed by agreement of parties.

(85 South. 922)

McLEAN & STEPHENS v. UNION SPRINGS GUANO CO. (4 Div. 842.) (Supreme Court of Alabama. Feb. 12, 1920.) Appeal from Circuit Court, Bullock County; J. S. Williams, Judge. G. E. Jones, of Clayton, for appellant. E. L. Blue, of Union Springs, for appellee.

PER CURIAM. Appeal dismissed by agreement of parties.

(85 South. 922)

MEHARG v. SEALS PIANO & ORGAN CO. (7 Div. 956.) (Supreme Court of Alabama. June 1, 1920.) Appeal from Circuit Court, Talladega County; Hugh D. Merrill, Judge. Riddle & Riddle, of Talladega, for appellant. Percy, Benners & Burr, of Birmingham, and Knox, Acker, Dixon & Sims, of Talladega, for appellee.

PER CURIAM. Motion to establish bill of exceptions overruled January 15, 1920. Appeal dismissed for want of prosecution June 1, 1920.

(85 South. 923)

Ex parte MIDDLETON. (6 Div. 10.) (Supreme Court of Alabama. Dec. 30, 1919.) Certiorari to Court of Appeals. R. H. & R. M. Smith & Middleton, of Mobile, for appellant. W. A. Denson, of Birmingham, for appellee.

PER CURIAM. Petition of J. O. Middleton for certiorari to the Court of Appeals to review and revise the judgment of said court reversing the appeal of W. A. Denson v. J. O. Middleton, 84 South. 473. Writ denied.

(85 South. 923)

MT. VERNON WOODBURY MILLS, Inc., v. STATE. (5 Div. 742.) (Supreme Court of Alabama. April 15, 1920.) Appeal from Circuit Court, Elmore County; Leon McCord, Judge. J. M. Holley and George F. Smoot, both of Wetumpka, for appellant. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of appellant.

(85 South. 923)

MUSCAT v. STATE. (1 Div. 143.) (Supreme Court of Alabama. April 6, 1920.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed by appellant.

(85 South. 923)

NATIONAL SURETY CO. et al. v. McMILLAN & SON. (8 Div. 195.) (Supreme Court of Alabama. Feb. 3, 1920.) Appeal from Circuit Court, Limestone County; Robert C. Brickell, Judge. W. R. Walker, of Athens, and Chas. F. Douglass, of Anniston, for appellants. Horton & Patton, of Athens, for appellee.

PER CURIAM. Appeal dismissed on motion of appellant.